The relief described hereinbelow is SO ORDERED.

Signed August 05, 2005.

_____
Ronald B. King
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| THOMAS S. GUNVILLE AND<br>TANA E. GUNVILLE, | § § § | CASE NO. 04-70080-RBK |
| DEBTORS | § § | CHAPTER 7 |
| _____ | § § | |
| JANET S. CASCIATO-NORTHRUP,<br>TRUSTEE | § § § | |
| VS. | § § | ADVERSARY NO. 04-7013-RBK |
| THOMAS S. GUNVILLE AND<br>TANA E. GUNVILLE | § § | |

**JUDGMENT**

On April 21, 2005, came on to be heard the above-referenced adversary proceeding for trial on the merits. After hearing the evidence and arguments of counsel, the Court is of the opinion that judgment should be rendered in favor of Plaintiff that Defendants be denied a discharge of their debts

for the reasons stated in the Findings of Fact and Conclusions of Law filed contemporaneously herewith.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that judgment shall be rendered in favor of Plaintiff, ***Janet S. Casciato-Northrup, Trustee***, and the discharge of Debtors, ***Thomas S. Gunville and Tana E. Gunville***, is hereby **DENIED**.

It is further **ORDERED, ADJUDGED AND DECREED** that all costs of court are taxed against Defendants.

All relief not specifically granted herein is hereby denied.

# # #